**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| HORACE DEAVILLE | CIVIL ACTION NO. 03-1429 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CAPITAL ONE BANK, ET AL. | MAGISTRATE JUDGE HAYES |

**JUDGMENT**

Based on the foregoing Memorandum Ruling,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 32) filed by Defendants Capital One Bank, Capital One Services, Inc., Capital One Financial Corporation, and Capital One, F.S.B. be and is hereby **GRANTED** to the extent that it seeks dismissal of Plaintiff Horace Deaville's Fair Debt Collection Practices Act, the Truth-in-Lending Act, and Virginia state law claims. Accordingly, Plaintiff Horace Deaville's Fair Debt Collection Practices Act, the Truth-in-Lending Act, and Virginia state law claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (Record Document 32) filed by Defendants Capital One Bank, Capital One Services, Inc., Capital One Financial Corporation, and Capital One, F.S.B. be and is hereby **DENIED** to the extent it seeks dismissal of Plaintiff Horace Deaville's Louisiana state law claims. Because this Court declines to exercise supplemental jurisdiction over Plaintiff Horace Deaville's remaining Louisiana state law claims, those claims are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is asked to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 30th day of March, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE